Entered: December 2, 2024
Signed: December 2, 2024

**SO ORDERED**



**MARIA ELLENA CHAVEZ-RUARK**
**U.S. BANKRUPTCY JUDGE**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF MARYLAND
## at Greenbelt

**In re:   Case No.:   24–10644 – MCR     Chapter:  7**

In Re: Debtor (names used by the debtor in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Ryan Cianci<br>2783 Washington Street<br>Adamstown, MD 21710 | Tiffany Cianci<br>2783 Washington Street<br>Adamstown, MD 21710 |
| Social Security No.:  xxx–xx–4359 | xxx–xx–4815 |
| Employer's Tax I.D. No.: | |

## FINAL DECREE

Petition for Relief under Chapter 7 of Title 11, U.S. Code was filed by or against the above–named debtor on 1/25/24.

The estate of the above–named debtor has been fully administered.

ORDERED, that Gary A. Rosen is discharged as trustee of the estate of the above–named debtor; and the Chapter 7 case of the above named debtor is closed.

**End of Order**

**fnldec –** *KellyHorning*